USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOVAN DAVIS,

                                  Plaintiff,           21-CV-8485 (VEC)

          -against-                          ORDER ADOPTING
                                                   REPORT &
COMMISSIONER OF SOCIAL SECURITY,       RECOMMENDATION

                                Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 14, 2021, Plaintiff Jovan Davis filed a complaint against the Commissioner of Social Security (the "Commissioner"), seeking review of the Social Security Administration's denial of his application for disability insurance benefits and supplemental security income, *see* Compl., Dkt. 1;

       WHEREAS on October 17, 2021, the Court referred this case to Magistrate Judge Barbara C. Moses for general pretrial management and for the preparation of reports and recommendations ("R&Rs") on any dispositive motions, *see* Referral Order, Dkt. 7;

       WHEREAS on September 1, 2022, Plaintiff moved for judgment on the pleadings, *see* Pl. Not. of Mot., Dkt. 20;

       WHEREAS on October 28, 2022, the Commissioner cross-moved for judgment on the pleadings, *see* Comm'r Not. of Mot., Dkt. 23;

       WHEREAS on August 18, 2023, Magistrate Judge Moses entered an R&R recommending that Plaintiff's motion be denied, the Commissioner's motion be granted, and that the case be dismissed, *see* R&R, Dkt. 26;

WHEREAS in the R&R, Judge Moses notified the parties that, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), they had fourteen days to file written objections to the R&R's findings, *id.* at 27;

WHEREAS Judge Moses further noted that failure to file objections would result in both the waiver of objections and the preclusion of appellate review, *id.*;

WHEREAS no objections were filed by either party;

WHEREAS in reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1)(C);

WHEREAS when, as here, no party objects to the R&R, the Court may accept the R&R provided that "there is no clear error on the face of the record," *Heredia v. Doe*, 473 F. Supp. 2d 462, 463 (S.D.N.Y. 2007) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)); *see also* Fed. R. Civ. P. 72(b) advisory committee's note;

WHEREAS an error is clear when the reviewing court is left with a "definite and firm conviction that a mistake has been committed," *see Cosme v. Henderson*, 287 F.3d 152, 158 (2d Cir. 2002) (quoting *McAllister v. United States*, 348 U.S. 19, 20 (1954)); and

WHEREAS careful review of the well-reasoned R&R reveals that there is no clear error;

IT IS HEREBY ORDERED that the R&R is adopted in full, Plaintiff's motion for judgment on the pleadings is DENIED, the Commissioner's cross-motion for judgment on the pleadings is GRANTED, and this case is DISMISSED.

IT IS FURTHER ORDERED that because the R&R gave the parties adequate warning, *see* R&R at 27, the failure to file any objections to the R&R precludes appellate review of this decision. *See Mario v. P & C Food Markets, Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where

parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision." (citing *Small v. Sec'y of Health & Human Servs.,* 892 F.2d 15, 16 (2d Cir. 1989) (per curiam))).

The Clerk of Court is respectfully directed to enter judgment, to terminate all open motions, and to close the case.

**SO ORDERED.**

Date:  September 5, 2023
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**